# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

HELENA CHEMICAL COMPANY                  PLAINTIFF

v.                  No. 3:15-cv-77-DPM

JOE BARATTI, JR.; JOE BARATTI, SR.; and
BARATTI FARMS, a Partnership                  DEFENDANTS

## ORDER

The Court appreciates the notice of bankruptcy, № 8. This case is stayed as to Joe Baratti, Jr. On the current record, the Court can't discern whether the stay extends to the partnership. The case will continue for sure against Joe Baratti, Sr.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 September 2015