IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HELENA CHEMICAL COMPANY                                                          PLAINTIFF

v.                                    No. 3:15-cv-77-DPM

JOE BARATTI, JR.; JOE BARATTI, SR.; and
BARATTI FARMS, a Partnership                                                     DEFENDANTS

ORDER

The Court appreciates the parties' stipulation, № 10. This case remains stayed as to Joe Baratti, Jr., but will continue against Joe Baratti, Sr. and Baratti Farms.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 October 2015