IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HELENA CHEMICAL COMPANY                                                    PLAINTIFF

v.                              No. 3:15-cv-77-DPM

JOE BARATTI, SR; and
BARATTI FARMS, a Partnership                                              DEFENDANTS

v.

REGIONS BANK; and
FIRST COMMUNITY BANK OF
EASTERN ARKANSAS                                                           GARNISHEES

ORDER

Stipulation, № 37, noted, appreciated, and approved. The automatic stay remains in effect as to Joe Baratti, Sr. Execution on the judgment, № 28, is not stayed against Baratti Farms. The Court orders First Community Bank of Eastern Arkansas to pay to Helena Chemical the identified amount in the Baratti Farms account. № 37 at ¶ 4.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 September 2016