IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HELENA CHEMICAL COMPANY                                PLAINTIFF

v.                        No. 3:15-cv-77-DPM

JOE BARATTI, SR. and
BARATTI FARMS, a Partnership                           DEFENDANTS

v.

REGIONS BANK and
FIRST COMMUNITY BANK
OF EASTERN ARKANSAS                                    GARNISHEES

## ORDER

When this case was first stayed, the Court anticipated dismissing it this month. № 19. But a lot has happened since. The Court would appreciate an update detailing what, if any, additional relief is sought by the parties. Status report due by 18 December 2017.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 December 2017