IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HELENA CHEMICAL COMPANY                                PLAINTIFF

v.                    No. 3:15-cv-77-DPM

JOE BARATTI, SR. and
BARATTI FARMS, a partnership                           DEFENDANTS

## ORDER

Joint status report, № 40, noted and appreciated. The stay as to Baratti Sr. is lifted as moot. The June 2016 Judgment, № 28, against him has been discharged in bankruptcy. The Judgment remains intact against Baratti Farms, a partnership.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

19 December 2017